1  DAVID A. HUBBERT
   Deputy Assistant Attorney General
2
3  ALICE Y. LEE (D.C. Bar #1724949)
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
5  Washington, D.C. 20044
   202-307-5963
6  202-307-0054 (f)
   Alice.Lee@usdoj.gov
7  *Counsel for the United States of America*

8  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,

11         Plaintiff,                          Case No. 2:23-CV-02261-DJC-JDP

12 v.                                          **JOINT STIPULATION EXTENDING
                                               TIME TO ANSWER COMPLAINT
13 GENESIS SYSTEMS INTERNATIONAL, INC.,        PURSUANT TO RULE 144**
   et al.,
14
           Defendants.
15

16

17         Pursuant to Local Rule 144, Plaintiff United States of America and Defendants Genesis

18 Systems International, Inc., and Jonathan Valdez stipulate and agree that the time for the

19 Defendants to answer, move against, or otherwise respond to the Complaint is hereby extended

20 from December 5, 2023 to January 2, 2024. This extension is supported by good cause because

21 Counsel for Defendants was only recently hired and there are multiple holidays coming up

22 shortly.

23         There have been no prior extensions in this case thus far. This change will not alter the

24 date of any event or deadline already fixed by Court order.

25 / / /

26 / / /

27 / / /

28 / / /

Stipulation to Extend Time to Answer         1

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: December 4, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Alice Y. Lee*
ALICE Y. LEE
Trial Attorney, Tax Division
U.S. Department of Justice

*Counsel for the United States*

Dated:  December 4, 2023

*/s/ Michael C. Dallo*
MICHAEL C. DALLO
Principal Attorney
Dallo Law Group, APC
2150 Fourth Avenue
San Diego, CA 92101

*Counsel for Genesis Systems International and Jonathan Valdez*

IT IS SO ORDERED.

Dated:  December 5, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE