# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>   v.<br>GENESIS SYSTEMS INTERNATIONAL, INC.; JONATHAN VALDEZ,<br>   Defendants. | Case No.: 2:23-cv-02261-DJC-JDP<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL** |

On March 5, 2024, Defendants' attorney, Michael Dallo, filed a Motion to Withdraw as Counsel.  *See* ECF No. 14.  On April 4, 2024, Plaintiff filed a Statement of Non-Opposition to Defendants' motion.  *See* ECF No. 17.  Upon review of Defendants' unopposed motion, good cause having been shown, and pursuant to E.D. Cal. L.R. 182(d), the Court GRANTS Defendants' [14] Motion to Withdraw as Counsel as to Defendant Jonathan Valdez; however, pursuant to E.D. Cal. L.R. 183(a), the Court DENIES Defendants' [14] Motion as to Defendant Genesis Systems International, Inc., without prejudice, to renewal after substitute counsel appears for said defendant.

*///*

1    The hearing on Defendants' motion, set for 4/25/2024, is VACATED and
2 Defendants' Request for Remote Appearance, ECF No. 15, is DENIED AS MOOT.
3    Outgoing counsel shall serve a copy of this order on Defendant Jonathan
4 Valdez at his last known address forthwith and shall thereafter file a certificate of
5 service attesting to such service.  At such time as service is completed, Michael Dallo's
6 responsibility to represent Defendant Jonathan Valdez will be terminated.
7    IT IS SO ORDERED.

Dated:  April 5, 2024            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE