UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS SYSTEMS INTERNATIONAL Inc., et al.,<br><br>Defendants. | No. 2:23-cv-02261-DJC-JDP<br><br>**ORDER** |

The Court previously denied Counsel for Defendant Genesis System International Inc.'s Motion to Withdraw. (ECF No. 18.) Counsel for Defendant now seeks reconsideration of the Court's prior order denying that motion on the grounds that there were facts and circumstances not shown in the previous motion. (*See* ECF No. 20.)

Having considered counsel's arguments and the relevant law as well as Plaintiff's non-opposition to granting reconsideration, IT IS HEREBY ORDERED that the Motion for Reconsideration (ECF No. 20) is GRANTED. *See 389 Orange St. Partners v. Arnold,* 179 F.3d 656, 665 (9th Cir. 1999). Further, Defense Counsel's Motion to Withdraw from Representation of Defendant Genesis Systems (ECF No. 14) is

////

GRANTED.  The hearing on this motion, presently set for January 23, 2024, at 1:00 P.M. in Courtroom 10, is VACATED.

Within 14 days of this order, Defendant Genesis Systems International, Inc. is ordered to appear with new counsel.  Should Defendant fail to appear with counsel, Plaintiff may seek the entry of default against Defendant Genesis Systems International Inc.[1]

IT IS SO ORDERED.

Dated:   **January 15, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this District, a corporation or other entity may appear only by an attorney. Local Rule 183(a).