IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GENESIS SYSTEMS INTERNATIONAL, INC. et al.,<br><br>    Defendants. | Case No. 2:23-CV-02261-DJC-JDP<br><br>**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES AND TO CONTINUE HEARING** |

This matter is before the Court on the United States of America's unopposed Motion to Extend Discovery and Pretrial Deadlines and to Continue the Hearings scheduled for July 17, 2025. Having reviewed Plaintiff United States' Motion, and for good cause shown, it is hereby ORDERED that:

1. The United States' Unopposed Motion is GRANTED IN PART;
2. The remaining discovery and pretrial deadlines will be extended with the following dates:
    a. Fact Discovery: 9/26/2025
    b. Expert Disclosures and Reports: 10/24/2025
    c. Rebuttal Expert Disclosures and Reports: 11/21/2025
    d. Expert Discovery: 12/19/2025
    e. Dispositive Motions: 2/27/2026
    f. Hearing for Dispositive Motions: 4/16/2026, at 1:30 PM

1

  g. Final Pretrial Conference: 7/30/2026, at 1:30 PM

  h. Trial: 9/21/2026, at 8:30 AM

3. If the parties wish to continue the hearings on the United States's Motion for Default Judgment and Motion to Compel Discovery Responses/Discovery Sanctions, they shall file a separate request to do so for Judge Peterson's review.

IT IS SO ORDERED.

Dated: July 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE