# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GENESIS SYSTEMS INTERNATIONAL, INC. ET AL.,<br><br>  Defendants. | Case No.:   2:23-cv-02261-DJC-JDP<br><br>**ORDER GRANTING MOTION FOR A STAY OF THE CURRENT DEADLINES IN LIGHT OF CURRENT LAPSE OF APPROPRIATIONS** |

Before the Court is the United States' Motion Requesting a Stay of Current Deadlines in Light of Current Lapse of Appropriations. For the reason stated in the motion and for good cause shown,

1. The United States' Motion is GRANTED.
2. The case deadlines and hearings are hereby STAYED.
3. The United States shall file a request to lift the stay immediately after Congress has restored appropriations to the Department of Justice.
4. The parties shall thereafter confer and advise the Court whether the Scheduling Order should be modified.

IT IS SO ORDERED.

Dated:  October 21, 2025          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

1